# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-18-00108　　　　　　　　　　　　DATE: August 17, 2018

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Hearing Times: 4:08 - 4:58

**APPEARANCES:**

Defendant: Peter Wang　　　　　　　　　　　Attorney: Jeffrey Moots
☑Present ☑Custody ☐Bond ☐P.R.　　　　☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Complaint**

- Government's oral motion to unseal case is granted.
- Defendant advised of his rights, charges and penalties.
- Preliminary Examination is set for September 7, 2018 at 2:30 p.m.
- Defendant released.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: